# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRICK L. SMITH, SR.,
     Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
FRANK P. SULLIVAN, DISTRICT
JUDGE,
     Respondents,
and
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES,
     Real Party in Interest.

No. 70178

**FILED**

JAN 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK



## *ORDER DISMISSING PETITION*

This is a pro se petition for a writ of mandamus to direct the district court to rule on petitioner's submitted motions. Eighth Judicial District Court, Clark County; Frank P. Sullivan. Judge.

On November 1, 2016, this court granted petitioner's motion for an extension of time to serve the petition on respondent the Honorable Frank P. Sullivan, and directing respondent and real party in interest, within 30 days of service of the petition, to file answers addressing the relief requested in the petition. On November 16, 2016, this court was informed by the Nevada Department of Corrections that petitioner has

been paroled. To date, the petition has not been served. Accordingly, we dismiss the petition.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Frank P. Sullivan, District Judge, Family Court Division
Derrick L. Smith, Sr.
Attorney General/Carson City
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk